SCOTT C. CLARKSON, ESQ. (SBN 143271)
EVE A. MARSELLA, ESQ. (SBN 165797)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Attorneys for Defendant Linnea Marie Duvall

FILED
AUG 1 4 2009
CLERK, U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LINNEA MARIE DUVALL,<br><br>Debtor.<br>_____<br><br>JAMES C. BECKER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LINNEA MARIE DUVALL,<br><br>Defendant. | Bk. No. 2:08-bk-29894-BR<br><br>Chapter 7<br><br>Adv. No. 09-1880<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT LINNEA MARIE DUVALL; DEMAND FOR ATTORNEY FEES AND COSTS PURSUANT TO 11 U.S.C. §523(d)** |

Linnea Marie Duvall (the "Defendant"), by and through her counsel, responds to the above captioned complaint as follows:

1. Admitted

2. Admitted

3. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

4. Admitted.

5. The Defendant is without knowledge or information sufficient to form an opinion as to

1

the truth of the allegation of this paragraph, and therefore denies the allegation.

6. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

7. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

8. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

9. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

10. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

11. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

12. Denied as to the allegations of knowledge and actions by the Debtor, and as to the remaining allegation regarding third parties, the Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

13. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

14. Admitted

15. The Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegation of this paragraph, and therefore denies the allegation.

16. The Defendant admits that she did not record a lien in favor of Becker on any of her real property. Further, Defendant made payments to or on behalf of the Plaintiff, and

therefore denies the remaining allegations of this paragraph. Defendant denies the remaining portions of the allegations of this paragraph.

## FIRST CLAIM FOR RELIEF

17. The responses to the allegations of paragraphs 1 through 16 above are incorporated herein by reference.

18. Denied

19. Denied

20. Denied

21. Denied

22. The allegation is vague and unclear as to the alleged "promises" made by the Debtor, and therefore denies the allegation.

23. The allegation is vague and unclear as to the alleged "promises" made by the Debtor, and therefore denies the allegation.

24. Denied

25. Denied

26. Denied

## SECOND CLAIM FOR RELIEF

27. The responses to the allegations of paragraphs 1 through 26 above are incorporated herein by reference.

28. Denied

29. Denied

30. Denied

31. Denied

32. Denied

33. Denied

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Usury)

2. The loan described within the Complaint is usurious.

## THIRD AFFIRMATIVE DEFENSE

### (Satisfaction)

3. The loan described within the Complaint was satisfied.

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

4. The applicable statutes of limitations have expired.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Plead Fraud with Particularity)

5. The complaint fails to plead fraud with particularity.

## SIXTH AFFIRMATIVE DEFENSE

### (Latches)

6. The complaint is barred by the doctrine of latches.

## DEMAND FOR JUDGMENT IN FAVOR OF DEFENDANT

## FOR ATTORNEYS FEES AND COSTS PURSUANT TO 11 U.S.C. §523(d)

1. Pursuant to 11 U.S.C. §523(d), Defendant demands an award for all reasonable attorney fees and costs incurred for the proceeding.

**WHEREFORE**, the Defendant demands judgment in its favor and against the Plaintiff, for fees and costs, and for other and further relief as the Court may deem just and proper.

///

1  Dated: August 13, 2009

CLARKSON, GORE & MARSELLA
A Professional Law Corporation

By: /s/ Scott C. Clarkson
Scott C. Clarkson
Eve A. Marsella
Counsels to Defendant Linnea Marie Duvall

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re: JAMES C. BECKER, vs. LINNEA MARIE DUVALL           Debtor(s). | CHAPTER: 7 CASE NUMBER: 2:08-bk-29894-BR ADV. NUMBER: 09-1880 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described _____ Answer and Affirmative Defenses of Defendant Linnea Marie Duvall; Demand for Attorney Fees and Costs Pursuant to 11 U.S.C. § 523(d) _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 14, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Attorney for Plaintiff/Creditor**
Pamela L Kelly    pam@msllp.com
**Chapter 7 Trustee**
Jeffrey I Golden    ljones@wgllp.com, jgolden@ecf.epiqsystems.com
**U.S. Trustee**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 14, 2009 | Michelle Carpenter | _/s/ Signature_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1