| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Peter C. McMahon (SBN 161841)<br>Pamela L. Kelly (SBN 230721)<br>MCMAHON SEREPCA LLP<br>985 Industrial Road, Suite 201<br>San Carlos, CA 94070-4157<br>Tel: (650) 637-0600<br>Fax: (650) 637-0700<br>*Attorney for* Creditor/Plaintiff James C. Becker | ORIGINAL  FILED FEB 16 2010 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Linnea Marie Duvall

Debtor(s).

James C. Becker

Plaintiff(s),

vs.

Linnea Marie Duvall

Defendant(s).

ENTERED FEB 17 2010

CHAPTER: 7

CASE NO.: 2:08-bk-29894-BR

ADVERSARY NO.: 2:09-ap-01880

DATE: 01/20/10
TIME: 10:00 am
COURTROOM: Courtroom 1668 (255 E Temple)

# STATUS CONFERENCE AND SCHEDULING ORDER
# PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(a)(4)

1. A Status Conference took place as follows:

    a. Date: 1/20/10     b. Time: 10:00 a.m.     c. Courtroom: 1668     d. Judge: Barry Russell

    e. ☐ Plaintiff present in Court *(Name)*:
    f. ☒ Attorney for Plaintiff present in Court *(Name)*:  Peter C. McMahon
    g. ☐ Defendant present in Court *(Name)*:
    h. ☒ Attorney for Defendant present in Court *(Name)*:  Scott C. Clarkson
    i. ☐ Other parties and counsel present as reflected in the Court record

2. This matter is disposed of as follows:

    a. ☐ Continued to the following date for a further Status Conference:     Date:          Time:
    b. ☐ Joint Status Report due on *(specify date)*:
    c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*:
    d. ☒ The last day to file pre-trial motions is *(specify date)*: 04/15/10

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.2

Status Conference and Scheduling Order                    F 7016-1.2

| In re   Linnea Marie Duvall | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:08-bk-29894-BR |
| | ADVERSARY NO.: 2:09-ap-01880 |

e. ☒ The last day to conduct discovery is (specify date): 03/31/10

f. ☒ The Joint Pre-Trial Order is due on (specify date): 04/07/10       ☐ No Pre-Trial Order is required

g. ☒ A Pre-Trial Conference is set for:       ☐ No Pre-Trial Conference is required

   Date: 4/21/10       Time: 10:00 am

h. ☒ Estimate of time for trial (specify number of hours): 60

i. ☒ The Trial is set for:  Date: 06/01/10       Time: 10:00 am

j. ☐ Dismissed for failure to appear or prosecute  ☐ with prejudice   ☐ without prejudice

k. ☐ Notice of next Status Conference or Pre-Trial Conference date is waived

l. ☐ Other (specify):

Dated: 2/16/10

_____
JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 7016-1.2

Status Conference and Scheduling Order

F 7016-1.2

| In re Linnea Marie Duvall | CHAPTER: 7 |
| --- | --- |
| Debtor(s). | CASE NO.: 2:08-bk-29894-BR |
| | ADVERSARY NO.: 2:09-ap-01880 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Judge
----------------------
The Honorable Barry Russell [Overnight Mail]
United States Bankruptcy Court, Central District of California
Courtroom No. 1668
255 East Temple Street, 16th Floor
Los Angeles, CA 90012

Debtor
----------------------
Linnea Marie Duvall [US Mail]
1040 Ocean Park Boulevard #B
Santa Monica, CA 90405-3970

Debtor's Attorney
----------------------
Scott C. Clarkson [US Mail]
Christine M. Fitzgerald
Clarkson, Gore & Marsella, APC
3424 Carson Street, Suite 350
Torrance, CA 90503-5716

Trustee
----------------------
Jeffrey I. Golden [US Mail]
Weiland, Golden, Smiley, Wang Ekva
P.O. Box 2470
Costa Mesa, CA 92628-2470

U.S. Trustee
----------------------
United States Trustee (LA) [US Mail]
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.2

Status Conference and Scheduling Order   F 7016-1.2

| In re Linnea Marie Duvall | CHAPTER: 7 |
|---|---|
| | CASE NO.: 2:08-bk-29894-BR |
| Debtor(s). | ADVERSARY NO.: 2:09-ap-01880 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

McMahon Serepca LLP, 985 Industrial Road, Suite 201, San Carlos, CA 94070-4157

A true and correct copy of the foregoing document described as STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(a)(4) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**:
On 2/5/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/5/10 | Pamela L. Kelly, Esq. | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7016-1.2

January 2009

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re Linnea Marie Duvall | | CHAPTER 7 |
|---|---|---|
| Adversary Proceeding: James C. Becker v. Linnea M. Duvall | Debtor. | CASE NUMBER 2:09-ap-01880-BR |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*: STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(a)(4)

    was entered on *(specify date)*: 2/17/2010

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: 2/17/2010

Dated: 2/17/2010

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

| In re:<br>**Linnea Marie Duvall**<br><br>Debtor(s).<br><br>Adversary Proceeding:<br>**James C. Becker v. Linnea Marie Duvall** | CHAPTER 7<br>BK CASE NUMBER: 2:08-bk-29894-BR<br>AP CASE NUMBER: 2:09-ap-01880-BR |
|---|---|

# SERVICE LIST

Creditor's Attorney
------------------------
Peter C. McMahon [US Mail]
Pamela L. Kelly
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157


Debtor
------------------------
Linnea Marie Duvall [US Mail]
1040 Ocean Park Boulevard #B
Santa Monica, CA 90405-3970


Debtor's Attorney
------------------------
Scott C. Clarkson [US Mail]
Christine M. Fitzgerald
Clarkson, Gore & Marsella, APC
3424 Carson Street, Suite 350
Torrance, CA 90503-5716


Trustee
------------------------
Jeffrey I. Golden [US Mail]
Weiland, Golden, Smiley, Wang Ekva
P.O. Box 2470
Costa Mesa, CA 92628-2470


U.S. Trustee
------------------------
United States Trustee (LA) [US Mail]
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017