**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 165797
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Defendant Linnea Marie Duvall

> FILED & ENTERED
>
> MAR 19 2010
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LINNEA MARIE DUVALL,<br><br>Debtor. | Bk. No. 2:08-bk-29894-BR<br><br>**Chapter 7**<br><br>Adv. No. 2:09-ap-01880-BR |
| JAMES C. BECKER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LINNEA MARIE DUVALL,<br><br>Defendant. | **ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE** |

The Court, having reviewed the Stipulation between the Plaintiff and Defendant for Dismissal of this Adversary Proceeding with Prejudice pursuant to FRCP 41(a)(1)(2), and

Order on Stipulation for Continuance of Status Conference Hearing

1

1 | finding good cause therefore, hereby ORDERS that this case be dismissed with prejudice.

2

3 | **IT IS SO ORDERED**.

4 | ###

...

26 | DATED: March 19, 2010

27 | United States Bankruptcy Judge

28

Order on Stipulation for Continuance of Status Conference Hearing

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson, St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described  **ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___March 12, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 12, 2010 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Order on Stipulation for Continuance of Status Conference Hearing

3

**SERVED BY U.S. MAIL**

**Counsel for the Defendant**
SCOTT C CLARKSON, ESQ.
CLARKSON, GORE & MARSELLA
3424 CARSON STREET, SUITE 350
TORRANCE, CA 90503

**Trustee**
Jeffrey Golden
Po Box 2470
Costa Mesa, CA 92628

**U.S. Trustee**
United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

**Counsel for Plaintiff**

Pamela L. Kelly, Esq.
MCMAHON SEREPCA LLP
985 Industrial Rd Ste 201
San Carlos, CA 94070

Peter C McMahon, Esq.
MCMAHON SEREPCA LLP
985 Industrial Rd Ste 201
San Carlos, CA 94070

**Judge**
Honorable Barry Russell
255 East Temple Street
Los Angeles, CA 90012

Order on Stipulation for Continuance of Status Conference Hearing

4

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  March 12, 2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Counsel for Defendant**    Scott C Clarkson    sclarkson@lawcgm.com

**Counsel for Plaintiff**    Pamela L Kelly    pam@msllp.com, pam@msllp.com;peter@msllp.com;dklee@msllp.com

**U.S. Trustee**    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached**

Order on Stipulation for Continuance of Status Conference Hearing

**TO BE SERVED BY THE LODGING PARTY**

**Trustee**
Jeffrey Golden
Po Box 2470
Costa Mesa, CA 92628

**Counsel for Plaintiff**
Peter C McMahon, Esq.
MCMAHON SEREPCA LLP
985 Industrial Rd Ste 201
San Carlos, CA 94070

Order on Stipulation for Continuance of Status Conference Hearing

6